AO450 (Rev. 5/85)  Judgement in a Civil Case

UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | OKLAHOMA |

## JUDGMENT IN A CIVIL CASE

DAVID B. WILLIAMS

V.

BRANDY SIPES, et al.,         Case Number:   CIV-19-267-JFH-SPS

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issued have been tried and the jury rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

      Judgment is hereby entered for Defendants and against Plaintiff.

12/15/2020         PATRICK KEANEY
Date         Clerk

       s/ A Green
       (By) Deputy Clerk